UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
CONCEPCION SANCHEZ,                          .


                    Plaintiff,                          06 civ. 7688 (GBD)

        -against-                                       **STIPULATION**
                                                        **OF DISMISSAL**
FERNANDEZ RECORDS
DISTRIBUTORS INC.,

                    Defendant.
                    -----------------------X

            **IT IS HEREBY STIPULATED AND AGREED** that the Plaintiff's claims are

dismissed and discontinued with prejudice and that this action is dismissed and discontinued

with prejudice and without costs or attorneys' fees to either party.


Dated:   New York, New York
         April 26, 2007



                                    YISROEL SCHULMAN, ESQ. (YS 3107)
                                    NEW YORK LEGAL ASSISTANCE GROUP

                                    By:_____
                                    Elena Goldstein
                                    450 West 33rd Street, 11th Floor
                                    New York, New York  10001
                                    (212) 613-5024
                                    Attorney for Plaintiff


                                    1